[Criminal No. 759. Filed February 23, 1932.]

[8 Pac. (2d) 1112.]

JOHN STUART and BAILEY LEVERTON, Appellants, v. STATE, Respondent.

Mr. J. Smith Gibbons and Mr. M. V. Gibbons, for Appellants.

The Attorney General, for the State.

PER CURIAM.—Appellants were convicted of violating the state liquor law. The record on appeal was filed here June 2, 1931. Since that time no step has been taken in the case. Our examination of the record discloses no prejudicial error.

The judgment is affirmed.